THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHEEM BROWN, Appellant. [977 NYS2d 891]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, including its evaluation of the purported inconsistencies in testimony that defendant asserts on appeal (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). Concur—Sweeny, J.P., Renwick, Andrias, Freedman and Feinman, JJ.